■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MYERS, Appellant. [992 NYS2d 892]—Judgment, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered March 8, 2012, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's evaluation of medical testimony and other evidence establishing that the officer's fall while pursuing of defendant was the cause of the officer's herniated disc. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.